**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 73.189.238.150,<br><br>    Defendant. | Case Number: 3:18-cv-00700-JSC<br><br>Honorable Jacqueline Scott Corley<br><br>[~~PROPOSED~~] **ORDER ON PLAINTIFF'S *EX-PARTE* APPLICATION FOR ADJOURNMENT OF THE INITIAL CASE MANAGEMENT CONFERENCE** |

  THIS CAUSE came before the Court upon Plaintiff's *Ex-Parte* application for an Order adjourning the Initial Case Management Conference currently scheduled for May 3, 2018, and the Court, finding good cause, does hereby order as follows:

  ORDER: Plaintiff's application is granted. The Initial Case Management Conference scheduled for May 3, 2018 is ~~adjourned sine die~~. continue to August 2, 2018.

  SO ORDERED this __27th__ day of _____April_____, 2018.

By: _/s/ Jacqueline Scott Corley_
United States Magistrate Judge
Honorable Jacqueline Scott Corley

1